GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

September 3, 2008

OUR REF: 477-08/MEU/PLS

**BY HAND**
The Hon. Paul A. Crotty
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 735
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 04 2008

**MEMO ENDORSED**

Re:  SCANSCOT SHIPPING SERVICES (DEUTSCHLAND) GMBH v.
     METALES TRACOMEX LTDA
     08 CV 7505 (Gardephe) – SDNY, PART ONE MATTER

Dear Judge Crotty:

We represent Plaintiff Scanscot Shipping Services (Deustchland) GmBH in the captioned action which involves a Rule B attachment. As requested by the Court, on behalf of Plaintiff, we submit a Declaration from Plaintiff's Managing Director Michael W. von Brauchitsch verifying the allegations in the Verified Complaint and in support of the application for a Rule B attachment. We also submit an amended order which identifies the garnishees. Provided the foregoing meets with the Court's approval, we request that the Court enter an order directing the Clerk to issue a Process of Maritime Attachment and Garnishment against any assets of the Defendant.

Further, as the Court will note, and as referenced by Mr. Von Brauchitsch there was a typographical error in the Verified Complaint as filed in that the last reference in paragraph 13 to arbitration proceedings in Japan should read London, not Japan. Accordingly, we request that the Court authorize Plaintiff to submit to the case openings clerk a copy of the Verified Complaint with this typographical error corrected.

NYDOCS1/311730.1

Application granted
So Ordered
Paul Crotty USDJ
9/4/2008

8/13/08 – 8/29/08   Paul A. Crotty
                    PART I

Page 2

    We thank the Court for its attention to this matter and are ready to respond to any questions the Court may have.

                                      Respectfully submitted,
                                      FREEHILL HOGAN & MAHAR LLP

                                      Michael E. Unger
                                      Pamela L. Schultz

NYDOCS1/311730.1