USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 10/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANSCOT SHIPPING SERVICES
(DEUTSCHLAND) GMBH

                 Plaintiff,

- against -

METALES TRACOMEX LTDA
                 Defendant.

08 Civ. 7505 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        On September 4, 2008, Judge Crotty, sitting as the Part I Judge, issued an order of attachment as to Defendant Metales Tracomex LTDA pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. The property to be attached by the order took the form of electronic fund transfers ("EFTs") being processed by intermediary banks in New York.

        On October 16, 2009, the Second Circuit decided Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd., 08-3477-cv (L), 08-3758-cv (XAP). In that decision, the court, with the consent of all of the judges in active service, overruled Winter Storm Shipping, Ltd. v. TPI, 310 F.3d 263, 278 (2d Cir. 2002), concluding "that EFTs being processed by an intermediary bank are not subject to attachment under Rule B." Shipping Corp. of India, at *1-2.

        In light of the Second Circuit's decision in Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd., it is hereby ORDERED that the September 4, 2008 order of attachment will be vacated and the verified complaint dismissed without prejudice if Plaintiff

does not show good cause in writing by **October 29, 2009** why the attachment should be maintained.

Dated: New York, New York
      October 21, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2